# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RAMONA DIXON, et al. | CIVIL ACTION |
|---|---|
| v. | NO. 18-2838 |
| ERIC WASHINGTON, et al. | |

## ORDER RE: MOTION TO DISMISS

AND NOW, this 16th day of October, 2018, upon consideration of Defendants' Motion to Dismiss (ECF 3) and Plaintiffs' Response thereto (ECF 5), and for the reasons set out in the accompanying Memorandum, it is hereby ORDERED that Plaintiffs' ERISA claims—Counts I, IV, and V—are dismissed without prejudice, with leave to amend the Complaint within fourteen (14) days, and the rest of Plaintiffs' claims—Counts II, III, VI, and VII—are dismissed with prejudice.

BY THE COURT:

/s/ Michael M. Baylson

_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 18\18-2838 Dixon v. Washington\18cv2838 MTD Order.docx