# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RAMONA DIXON, et al. | CIVIL ACTION |
| v. | NO. 18-2838 |
| ERIC WASHINGTON, et al. | |

## ORDER RE: OUTSTANDING MOTIONS

AND NOW, this 7th day of August, 2019, upon consideration of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (ECF 21), Plaintiffs' Response and Supplemental Response thereto (ECF 22 & 26), Defendants' Reply thereto (ECF 30), for the reasons discussed at oral argument, and upon further consideration of Plaintiffs' Motion for Leave to File a Third Amended Complaint (ECF 28) and Defendants' Response thereto (ECF 31), and as laid out in the accompanying Memorandum, it is HEREBY ORDERED:

1. Defendants' Motion to Dismiss is GRANTED. Plaintiffs' Second Amended Complaint is dismissed, and the Clerk of Court is directed to close this case.
2. Plaintiffs' Motion for Leave to File a Third Amended Complaint is DENIED.

BY THE COURT:

/s/ Michael M. Baylson

_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 18\18-2838 Dixon v. Washington\18cv2838 MTD SAC Order.docx